UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S. 06-363 LKK |
| v. | ) | |
| | ) | |
| MARCO ANTONIO CENTENO-SANCHEZ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum     () Ad Testificandum

Name of Detainee:
Detained at (custodian): **CSP SACRAMENTO**

Detainee is:
- a.) (X) charged in this district by: (X) Indictment  () Information  () Complaint charging detainee with: <u>Being a Deported Alien Found in the United States</u>
- or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) () return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael M. Beckwith |
| Printed Name & Phone No: | MICHAEL M. BECKWITH/916-554-2797 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum     () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/13/06

/s/ Gregory G. Hollows

United States Magistrate Judge

centeno.ord

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Marco Centeno-Sanchez, Marco Antonio Centro, Marco Antonio | Male <u>X</u>   Female ___ |
| Booking or CDC #: | V53823 | DOB: |
| Facility Address: | 100 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: <u>66559XB1</u> |
| Facility Phone: | 916-985-8610 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____ By: _____
    (Signature)