1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARCO ANTONIO CENTENO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-363 LKK |
| Plaintiff, | |
| | ORDER AFTER HEARING |
| v. | |
| MARCO ANTONIO CENTENO-SANCHEZ, | |
| | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came before the Court for a Status Conference re Trial Confirmation Hearing on October 31, 2006, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Michael Beckwith. Defendant was present, represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel advised the Court that she recently received a proposed plea agreement and requested that the matter be set for a status conference on December 5, 2006, at 9:30 a.m. to review the plea agreement with Mr. Centeno-Sanchez.

1  The parties agreed on the need for additional time to allow time
2  for defense preparation.
3  IT IS ORDERED that this matter be continued to December 5, 2006 at
4  9:30 a.m. for further Status Conference/Change of Plea and that the
5  jury trial currently set for November 14, 2006 is vacated.
6  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
7  (iv), the period from October 31, 2006 to and including December 5,
8  2006 is excluded from the time computations required by the Speedy
9  Trial Act due to ongoing preparation of counsel.
10  DATED: November 2, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT