1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARCO ANTONIO CENTENO-SANCHEZ

   IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) No. CR-S-06-363 LKK
                                 )
         Plaintiff,              )
                                 ) STIPULATION AND ORDER CONTINUING
    v.                           ) TRIAL-CONFIRMATION HEARING AND
                                 ) EXCLUDING TIME
MARCO ANTONIO CENTENO-SANCHEZ,   )
                                 )
                                 ) DATE: January 3, 2007
         Defendant.              ) TIME: 9:30 a.m.
                                 ) JUDGE: Lawrence K. Karlton
_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Trial-Confirmation hearing date of December 5, 2006 be vacated, and a new Trial-Confirmation hearing date of January 3, 2007 at 9:30 a.m. be set.

    The parties are negotiating a resolution of the case and discussions with counsel for the government are continuing.

    It is further stipulated and agreed between the parties that the period beginning December 5, 2006 through and including January 3, 2007

1  should be excluded in computing the time within which the trial of the
2  above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation.  All parties stipulate and agree
4  that this is an appropriate exclusion of time within the meaning of
5  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
6  and that the ends of justice to be served by a continuance outweigh the
7  best interests of the public and the defendant in a speedy trial.
8  Dated: December 1, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MARCO ANTONIO CENTENO-SANCHEZ

Dated: December 1, 2006

MCGREGOR W. SCOTT
United States Attorney


/s/ Michael Beckwith
MICHAEL BECKIWTH
Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: December 1, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order