```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARCO ANTONIO CENTENO-SANCHEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  No. CR-S-06-363 LKK
                                    )
13               Plaintiff,         )
                                    )  STIPULATION AND ORDER CONTINUING
14       v.                         )  STATUS CONFERENCE AND CHANGE OF
                                    )  PLEA
15  MARCO ANTONIO CENTENO-SANCHEZ,  )
                                    )
16                                  )  DATE:  February 6, 2007
                 Defendant.         )  TIME:  9:30 a.m.
17                                  )  JUDGE: Lawrence K. Karlton
    _____
18
```

19        IT IS HEREBY STIPULATED by and between the parties hereto through

20   their respective counsel, MICHAEL BECKWITH, Assistant United States

21   Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

22   Federal Defender, attorney for defendant, that the current Status

23   Conference/Change of Plea hearing date of January 9, 2007 be vacated,

24   and a new Status Conference/Change of Plea hearing date of February 6,

25   2007 at 9:30 a.m. be set.

26        This continuance is requested as defense counsel is out of the

27   office on medical leave due to a recent skiing accident.

28        It is further stipulated and agreed between the parties that the

1  period beginning January 9, 2007 through and including February 6, 2007
2  should be excluded in computing the time within which the trial of the
3  above criminal prosecution must commence for purposes of the Speedy
4  Trial Act for defense preparation.  All parties stipulate and agree
5  that this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7  and that the ends of justice to be served by a continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.

9  Dated: January 5, 2007                Respectfully submitted,

10                                        DANIEL J. BRODERICK
                                          Federal Defender
11

12                                        /s/ Linda Harter
                                          LINDA HARTER
13                                        Chief Assistant Federal Defender
                                          Attorney for Defendant
14                                        MARCO ANTONIO CENTENO-SANCHEZ

15 Dated: January 5, 2007
                                          MCGREGOR W. SCOTT
16                                        United States Attorney

17
                                          /s/ Michael Beckwith
18                                        MICHAEL BECKIWTH
                                          Assistant U.S. Attorney
19

20                               **ORDER**

21      Based on the parties' stipulation and good cause appearing
22 therefrom, the Court hereby adopts the stipulation of the parties in
23 its entirety as its order.  The Court specifically finds that the ends
24 of justice served by the granting of such continuance outweigh the
25 interests of the public and the defendant in a speedy trial.
26 IT IS SO ORDERED.
27 DATED: January 5, 2007
28
                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
   Stipulation and Order                  UNITED STATES DISTRICT COURT