```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARCO ANTONIO CENTENO-SANCHEZ
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-363 LKK |
|               Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND CHANGE OF PLEA |
| MARCO ANTONIO CENTENO-SANCHEZ, ) | |
|               Defendant. ) | DATE: February 27, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference/Change of Plea hearing date of February 6, 2007 be vacated, and a new Status Conference/Change of Plea hearing date of February 27, 2007 at 9:30 a.m. be set.

This continuance is requested to conduct further discussions with Mr. Centeno-Sanchez in regard to the government's plea offer.

It is further stipulated and agreed between the parties that the

period beginning February 6, 2007 through and including February 27, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 1, 2007                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Linda Harter
                                       LINDA HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant
                                       MARCO ANTONIO CENTENO-SANCHEZ

Dated: February 1, 2007
                                       MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Michael Beckwith
                                       MICHAEL BECKIWTH
                                       Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: February 1, 2007

                                       _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

Stipulation and Order