```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARCO ANTONIO CENTENO-SANCHEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       ) No. CR-S-06-363 LKK
                                    )
13              Plaintiff,          )
                                    ) ORDER AFTER HEARING
14       v.                         )
                                    )
15  MARCO ANTONIO CENTENO-SANCHEZ,  )
                                    )
16                                  ) Judge: Hon. Lawrence K. Karlton
                Defendant.          )
17                                  )
    _____
18
```

19       This matter came before the Court for a Status Conference on
20  February 27, 2007, in the courtroom of the Honorable Lawrence K.
21  Karlton, U.S. District Court Judge.  The government was represented by
22  its counsel, Assistant United States Attorney Michael Beckwith.
23  Defendant was present, represented by his counsel, Chief Assistant
24  Federal Defender Linda Harter.
25       Defense counsel requested that the matter be set for a status
26  conference on March 13, 2007 at 9:30 a.m..
27       The parties agreed on the need for additional time to allow time
28  for defense preparation.

1    IT IS ORDERED that this matter be continued to March 13, 2007 at
2 9:30 a.m. for further Status Conference.
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
4 (iv), the period from February 27, 2007 to and including March 13, 2007
5 is excluded from the time computations required by the Speedy Trial Act
6 due to ongoing preparation of counsel.
7 DATED: March 1, 2007

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```