DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO ANTONIO CENTENO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARCO ANTONIO CENTENO-SANCHEZ,<br><br>            Defendant. | No. CR-S-06-363 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND CHANGE OF PLEA<br><br>DATE:  March 20, 2007<br>TIME:  9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference/Change of Plea hearing date of March 13, 2007 be vacated, and a new Status Conference/Change of Plea hearing date of March 20, 2007 at 9:30 a.m. be set.

This continuance is requested to conduct further discussions with Mr. Centeno-Sanchez in regard to the government's plea offer.

It is further stipulated and agreed between the parties that the

1  period beginning March 13, 2007 through and including March 20, 2007
2  should be excluded in computing the time within which the trial of the
3  above criminal prosecution must commence for purposes of the Speedy
4  Trial Act for defense preparation.  All parties stipulate and agree
5  that this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7  and that the ends of justice to be served by a continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.

9  Dated: March 12, 2007                    Respectfully submitted,

10                                          DANIEL J. BRODERICK
                                            Federal Defender
11

12                                          /s/ Linda Harter
                                            LINDA HARTER
13                                          Chief Assistant Federal Defender
                                            Attorney for Defendant
14                                          MARCO ANTONIO CENTENO-SANCHEZ

15 Dated: March 20, 2007
                                            MCGREGOR W. SCOTT
16                                          United States Attorney

17
                                            /s/ Michael Beckwith
18                                          MICHAEL BECKIWTH
                                            Assistant U.S. Attorney
19

20                                **ORDER**

21      Based on the parties' stipulation and good cause appearing
22 therefrom, the Court hereby adopts the stipulation of the parties in
23 its entirety as its order.  The Court specifically finds that the ends
24 of justice served by the granting of such continuance outweigh the
25 interests of the public and the defendant in a speedy trial.
26 IT IS SO ORDERED.
27 DATED: March 12, 2007

28                                          _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Stipulation and Order