DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO ANTONIO CENTENO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-363 LKK |
| Plaintiff, | |
| | ORDER AFTER HEARING |
| v. | |
| MARCO ANTONIO CENTENO-SANCHEZ, | |
| | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came before the Court for a Status Conference on March 20, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Kyle Reardon.  Defendant was present, represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel indicated that another Assistant Federal Defender will be assigned to represent the defendant and requested that the matter be set for a status conference on April 10, 2007 at 9:30 a.m..

The parties agreed on the need for additional time to allow time

1 | for defense preparation.
2 |     IT IS ORDERED that this matter be continued to April 10, 2007 at
3 | 9:30 a.m. for further Status Conference.
4 |     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
5 | (iv), the period from March 20, 2007 to and including April 10, 2007 is
6 | excluded from the time computations required by the Speedy Trial Act
7 | due to ongoing preparation of counsel.
8 | DATED: March 26, 2007

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT