DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO ANTONIO CENTENO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-363 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| MARCO ANTONIO CENTENO-SANCHEZ, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for a Status Conference on April 10, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Kyle Reardon. Defendant was present, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon.

Defense counsel indicated that defendant has requested new counsel. The Court indicated that it would allow defendant to get new counsel, again within the Federal Defender's Office. A further status conference was set for May 8, 2007, at 9:30 a.m.

1    Therefore, good cause appearing,

2    IT IS ORDERED that this matter be continued to May 8, 2007, at
3 9:30 a.m. for further Status Conference.

4    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
5 (iv), the period from April 10, 2007, to and including May 8, 2007, is
6 excluded from the time computations required by the Speedy Trial Act
7 due to ongoing preparation of counsel.

9 DATED: April 13, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                      2