DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO ANTONIO CENTENO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-363 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND CHANGE OF PLEA |
| MARCO ANTONIO CENTENO-SANCHEZ, | |
| Defendant. | DATE: June 5, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, Assistant Federal Defender, attorney for defendant, that the current Status Conference hearing date of May 8, 2007, be vacated, and a new Status Conference hearing date of June 5, 2007, at 9:30 a.m. be set.

   This continuance is requested for defense preparation and further investigation into defendant's criminal history.

   It is further stipulated and agreed between the parties that the period beginning May 8, 2007, through and including June 5, 2007,

should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 4, 2007                     Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Matthew C. Bockmon
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MARCO ANTONIO CENTENO-SANCHEZ

Dated: May 4, 2007

                                       MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Kyle Reardon
                                       KYLE REARDON
                                       Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 4, 2007

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT