DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO ANTONIO CENTENO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-363 LKK |
| Plaintiff, | |
| | ORDER AFTER HEARING |
| v. | |
| MARCO ANTONIO CENTENO-SANCHEZ, | |
| | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came before the Court for a Status Conference on June 5, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Judge. The government was represented by its counsel, Assistant United States Attorney Kyle Reardon. Defendant was present, represented by his counsel, Assistant Federal Defender Matthew C. Bockmon.

After defense counsel indicated to the court that he will continue to represent the defendant, a further Status Conference/Change of Plea hearing was set for July 3, 2007, at 9:30 a.m.

Therefore, good cause appearing,

1    IT IS ORDERED that this matter be continued to July 3, 2007, at
2  9:30 a.m. for further Status Conference/Change of Plea.
3    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
4  (iv), the period from June 5, 2007, to and including July 3, 2007, is
5  excluded from the time computations required by the Speedy Trial Act
6  due to ongoing preparation of counsel.

8  DATED: June 13, 2007

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Order After Hearing                 2