DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO ANTONIO CENTENO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-363 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| MARCO ANTONIO CENTENO-SANCHEZ, ) | |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |

This matter came before the Court for a Status Conference on July 3, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Judge. The government was represented by its counsel, Assistant United States Attorney Kyle Reardon, and defendant was represented by his counsel, Assistant Federal Defender Matthew C. Bockmon. Defendant was not present in court due to injuries resulting from an altercation with another defendant.

A further Status Conference was set for July 24, 2007, at 9:30 a.m.

Therefore, good cause appearing,

1    IT IS ORDERED that this matter be continued to July 24, 2007, at
2 9:30 a.m. for further Status Conference.
3    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
4 (iv), the period from July 3, 2007, to and including July 24, 2007, is
5 excluded from the time computations required by the Speedy Trial Act
6 due to ongoing preparation of counsel.

8 DATED: July 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    2