```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARCO ANTONIO CENTENO-SANCHEZ
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  No. CR-S-06-363 LKK
                                    )
13                  Plaintiff,      )
                                    )  ORDER AFTER HEARING
14       v.                         )
                                    )
15  MARCO ANTONIO CENTENO-SANCHEZ,  )
                                    )
16                                  )  Judge: Hon. Lawrence K. Karlton
                    Defendant.      )
17                                  )
    _____
18
```

19      This matter came before the Court for a Status Conference on

20 July 24, 2007, in the courtroom of the Honorable Lawrence K. Karlton,

21 Senior U.S. District Judge. The government was represented by its

22 counsel, Assistant United States Attorney Kyle Reardon, and defendant

23 was present, represented by his counsel, Assistant Federal Defender

24 Matthew C. Bockmon.

25      A further Status Conference/Change of Plea hearing was set for

26 July 31, 2007, at 9:30 a.m. in Courtroom 4.

27      Therefore, good cause appearing,

28      IT IS ORDERED that this matter be continued to July 31, 2007, at

1  9:30 a.m. for further Status Conference/Change of Plea hearing.
2       IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
3  (iv), the period from July 24, 2007, to and including July 31, 2007, is
4  excluded from the time computations required by the Speedy Trial Act
5  due to ongoing preparation of counsel.

7  DATED: July 30, 2007

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT